GERALD M. WELT, SBN 1575
Attorney at Law
CYRUS SAFA, SBN 13241
Attorney at Law
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, California 90670
    Phone:  562-868-5886
    Fax:  562-868-5491
    cyrus.safa@rohlfinglaw.com

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH A. MIX, | Case No: 2:16-cv-01859-APG-NJK |
|     Plaintiff | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT FOR REVIEW OF FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |
| | **(First Request)** |

Plaintiff Elizabeth A. Mix (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time for the Commissioner to answer Plaintiff's Second Amended Complaint For Review Of Final Decision Of The Commissioner by thirty days from November 22, 2016 to December 22, 2016, with all other dates extended accordingly.  This is the Commissioner's first

request for an extension.

There is good cause because the Certified Administrative Record (CAR) has not been produced. The component of the Social Security Administration responsible for production of the CAR, the Office of Disability Adjudication and Review (ODAR) continues to work through a substantial caseload, and has not yet provided the CAR in the above-captioned case. Counsel for the Commissioner has contacted ODAR and is working to produce the CAR. Plaintiff has no objection.

Respectfully submitted,

Date: November 21, 2016         GERALD M. WELT
                                Attorney at Law

                        By:     /s/* Cyrus Safa
                                CYRUS SAFA
                                *by email authorization on 11/21/16

                                Attorneys for Plaintiff

Date: November 21, 2016         DANIEL G. BOGDEN
                                United States Attorney
                                BLAINE T. WELSH
                                Chief, Civil Division

                        By:     /s/ April A. Alongi
                                APRIL A. ALONGI
                                Special Assistant United States Attorney

                                Attorneys for Defendant


IT IS SO ORDERED.

DATE: November 22, 2016         _____
                                THE HONORABLE NANCY J. KOPPE
                                United States Magistrate Judge

-2-