# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIZABETH A. MIX,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　Defendant. | Case No. 2:16-cv-01859-APG-NJK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 21, 23, 26) |

Magistrate Judge Koppe issued a report and recommendation (ECF No. 26) recommending that I affirm the Administrative Law Judge's decision denying benefits to plaintiff Elizabeth A. Mix. Judge Koppe thus recommends that I deny Mix's motion to reverse or remand and grant the defendant's cross-motion to affirm. Mix did not object to Judge Koppe's report and recommendation. Having reviewed the administrative record de novo, I accept Judge Koppe's recommendations.

IT IS THEREFORE ORDERED that the report and recommendation **(ECF No. 26) is accepted**.

IT IS FURTHER ORDERED that plaintiff Elizabeth Mix's motion to reverse or remand **(ECF No. 21) is denied**.

IT IS FURTHER ORDERED that defendant Nancy Berryhill's cross-motion to affirm **(ECF No. 23) is granted**.

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of defendant Nancy Berrhill and against plaintiff Elizabeth Mix.

DATED this 5th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE